Emerson B. Robinson and Chicago Title & Trust Company, trustee, appellees, v. Charles G. Miller et al., on appeal of Kurt R. Beak, individually and as trustee, appellant. Gen. No. 28,568.

Decree of foreclosure of trust deed securing notes for purchase of real estate. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed January 22, 1924.

Stebbins, Garey, L'Amoreaux & Hurtubise, for appellant; Kelly, Burns and Daly, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Albert Kotlinski, defendant in error, v. John Schultz and Justina Schultz, plaintiffs in error. Gen. No. 28,304.

Denial of motion to vacate judgment entered on ex parte hearing in absence of defendants and their attorney. Error to the Municipal Court of Chicago; the Hon. Joseph W. Schulman, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed January 22, 1924.

Patrick T. Harrington, for plaintiffs in error. No appearance for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. B. W. Korsak, plaintiff in error. Gen. No. 28,356.

Charge of assault with a deadly weapon, to wit, an automobile. Judgment of conviction. Error to the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the second division of this court for the first district, at the October term, 1923. Affirmed. Opinion filed January 22, 1924.

Ninian H. Welch, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

E. N. Duerlein, trading as E. N. Duerlein & Company, appellee, v. Ernest A. Teich, trading as E. A. Teich Company, appellant. Gen. No. 28,550.

Claim for commissions for negotiating sub-lease. Directed verdict for plaintiff and judgment thereon. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed January 22, 1924.

Benjamin C. Bachrach and Max M. Groasman, for appellant. Campbell & Fischer, for appellee.

Mr. Justice Barnes delivered the opinion of the court.